1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JESUS GALARZA-VILLANUEVA,<br><br>      Petitioner,<br><br>      v.<br><br>H. A. RIOS, JR.,<br><br>      Respondent. | )  1:11-cv-00228-LJO-JLT  (HC)<br>)<br>)  ORDER TO RESPONDENT TO FILE THE<br>)  FOURTH ADMINISTRATIVE APPEAL<br>)  DECISION ISSUED ON OR ABOUT MARCH 7,<br>)  2011<br>)<br>)<br>)<br>) |

11
12
13
14
15
16
17

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2241.  Petitioner filed the instant federal petition on February 10, 2011.  (Doc.

19 1).  In his petition, Petitioner alleges that he had not received the Fourth Administrative Appeal

20 determination at the time he filed his petition for writ.  (Doc. 1 at 6)  Respondent admits that Petitioner's

21 administrative appeals have been exhausted.  (Doc. 11 at 3)  Moreover, Exhibit 1to Respondent's

22 Answer, demonstrates that the "nunc pro tunc credit" was "denied" on March 7, 2011.  (Doc. 12-1)

23 Therefore, the Court **ORDERS**:

24      1.      Within three court days of the filing of this order, Respondent SHALL file the Fourth

25                Administrative Appeal determination made as to Petitioner, on or about March 7, 2011.

26 IT IS SO ORDERED.

27 Dated:  __March 30, 2012__                      __/s/ Jennifer L. Thurston__
                                               UNITED STATES MAGISTRATE JUDGE

28